AO 91 (Rev. 01/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| RICHARD EARL JAENSCH | ) | Case No. 1:09MJ316 |
| | ) | |
| | ) | |
| *Defendant* | | |

**FILED MAY - 4 2009**
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  04/18/2008  in the county of   Fairfax   in the   Eastern   District of
  Virginia  , the defendant violated   18   U. S. C. § 1028(a)(6) , an offense described as follows:

knowingly possessed an identification document or authentication feature that is or appears to be an identification document or authentication feature of the United States and which was produced without lawful authority knowing that such document or feature was produced without such authority.

This criminal complaint is based on these facts:
see attached affidavit.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Frank Morris, Special Agent, DSS
*Printed name and title*

Sworn to before me and signed in my presence.

Date:    05/04/2009

City and state:    Alexandria, Virginia

/s/
John F. Anderson
United States Magistrate Judge