

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Case: 1:09CR284 |
| v. | Count 1: 18 U.S.C. § 1028(a)(1) (Production of false identification document) |
| RICHARD EARL JAENSCH, | Count 2: 18 U.S.C. § 1028(a)(2) (Transfer of false identification document) |
| Defendant. | |

**INDICTMENT**

<u>JUNE 2009 TERM AT ALEXANDRIA, VIRGINIA</u>

<u>COUNT ONE</u>

(Unlawful Production of an Identification Document)

THE GRAND JURY CHARGES THAT:

On or about April 23, 2008 in Fairfax County, Virginia, within the Eastern District of Virginia, the defendant, RICHARD EARL JAENSCH, did knowingly and without lawful authority produce an identification document, authentication feature, or a false identification document, to wit, a document purporting to be the diplomatic credentials of JAENSCH; the identification document, authentication feature, or false identification document was or appears to have been issued by or under the authority of the United States; the production of the identification document, authentication feature, or false identification document was in or affected interstate or foreign commerce; the identification document, authentication feature or false identification document was transported in the mail in the course of the unauthorized production; and the offense involved the production or transfer of an identification document,

authentication feature, or false identification document that is or appears to be an identification document or authentication feature issued by or under the authority of the United States.

(In violation of Title 18, United States Code, Section 1028(a)(1).)

## COUNT TWO

(Unlawful Transfer of a Document or Authentication Feature)

THE GRAND JURY FURTHER CHARGES THAT:

In 2008 and 2009, in the Eastern District of Virginia the defendant, RICHARD EARL JAENSCH, did knowingly transfer an identification document, authentication feature, or a false identification document, to wit, documents purporting to be the diplomatic credentials, knowing that such documents or features were stolen or produced without lawful authority; the identification documents authentication features, or false identification documents were or appear to have been issued by or under the authority of the United States; the production or transfer of the identification documents, authentication features, or false identification documents was in or affected interstate or foreign commerce; the identification documents or false identification documents were transported in the mail in the course of the unauthorized production or transfer; and the offense involved the production or transfer of an identification document, authentication feature, or false identification document that is or appears to be an identification document or authentication feature issued by or under the authority of the United States.

(In violation of Title 18, United States Code, Section 1028(a)(2).)

A TRUE BILL:

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

_____
Foreperson

Dana J. Boente
United States Attorney

By: /s/ Matthew B. Greiner
Matthew B. Greiner
Special Assistant United States Attorney

3